FILED

MAY 5 - 2009

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

CRAIG ROBIN ROBERTS a/k/a "Crow", and
RICHARD EUGENE MCWHIRT a/k/a "Spidey",
        Defendants.

Criminal No. 1:09cr65

Violations:  18 USC §2
18 USC §371
18 USC §922(a)(3)
18 USC §922(a)(5)
18 USC §922(d)(1)
18 USC §922(e)
18 USC §922(g)(1)
18 USC §1715

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

### (Conspiracy to Violate Federal Firearms Laws and Other Laws)

### Introduction

At all times material to this Indictment,

1.     Defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** was a resident of the State of West Virginia, living at 111 Virginia Avenue, Clarksburg, Harrison County, West Virginia; and

2.     Defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** was a resident of the State of Oklahoma, living on N. Franklin Street in Sand Springs, Oklahoma; and

3.     The United States Postal Service declared pistols, revolvers, and other firearms capable of being concealed on the person to be nonmailable items that shall not be deposited in and carried by the mails and delivered by any officer and employee of the Postal Service, except under such regulations as the Postal Service shall prescribe, for use in connection with military officers' official duty; and law enforcement officers' and employees' official duty; and to Postal Service employees;

and to watchmen engaged in guarding federal, State, Territorial, Commonwealth, Possession, and District property. The United States Postal Service also authorized conveyance in the mails of such items to manufacturers of firearms and bona fide dealers therein in customary trade shipments, including such articles for repairs and replacement of parts, from one to the other, under such regulations as the Postal Service shall prescribe; and

4. The United States Postal Service was a common and contract carrier for transportation and shipment in interstate commerce of items placed in the United States mails for conveyance.

## The Conspiracy

In or about December 2008, at or near Clarksburg, Harrison County, West Virginia, within the Northern District of West Virginia, and elsewhere, defendants **CRAIG ROBIN ROBERTS a/k/a "Crow"** and **RICHARD EUGENE MCWHIRT a/k/a "Spidey"**, and other persons known and unknown to the Grand Jury, conspired to commit an offense against the United States, as follows,

> (a) to knowingly deposit for mailing and delivery, and to knowingly cause to be delivered by mail according to the directions thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, any pistol, revolver, and firearm declared nonmailable by section 1715 of chapter 83 of Title 18 of the United States Code; in violation of Title 18, United States Code, Section 1715; and
>
> (b) for any person knowingly to deliver and cause to be delivered to any common and contract carrier for transportation and shipment in interstate commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, and licensed collectors, any package and other container in which there is any firearm without

> written notice to the carrier that such firearm is being transported and shipped; in violation of Title 18, United States Code, Section 922(e); and

(c) for any person (other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector) to knowingly transfer, sell, trade, give, transport, and deliver any firearm to any person (other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector) who the transferor knows and has reasonable cause to believe does not reside in the State in which the transferor resides; in violation of Title 18, United States Code, Sections 922(a)(5); and

(d) for any person, other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector, to transport into and receive in the State where he resides any firearm purchased and otherwise obtained by such person outside that State; in violation of Title 18, United States Code, Section 922(a)(3); and

(e) for any person to sell and otherwise dispose of any firearm to any person knowing and having reasonable cause to believe that such person has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Section 922(d)(1); and

(f) for any person, who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, to knowingly ship and transport in interstate commerce, and to knowingly possess in and affecting commerce, any firearm; and to receive any firearm which has been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## Manner and Means

5.   It was a part of the conspiracy that defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"**, and other persons known and unknown to the Grand Jury, would knowingly deposit for mailing and delivery, via the United States mails, and would knowingly cause to be delivered by mail according to the directions thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, that being the Clarksburg, West Virginia residence occupied by defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"**, a Rohm revolver, unknown model, .22 caliber, serial number 434316, declared nonmailable by section 1715 of chapter 83 of Title 18 of the United States Code, which revolver was intended for defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"**.

6.   It was also a part of the conspiracy that defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"**, and other persons known and unknown to the Grand Jury, would knowingly deliver and cause to be delivered to any common and contract carrier, that is, the United States Postal Service, for transportation and shipment in interstate commerce, to defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"**, a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector, any package and other container in which there is any firearm, that is, a Rohm revolver, unknown model, .22 caliber, serial number 434316, without written notice to the carrier that such firearm was being transported and shipped.

7.   It was also a part of the conspiracy that defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"**, and other persons known and unknown to the Grand Jury, (each of whom was other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector) would knowingly transfer, give, transport, and deliver any firearm, that is, a Rohm revolver, unknown model, .22 caliber, serial number 434316, to defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"**, a person

(other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector) who the transferor, defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"**, knew and had reasonable cause to believe did not reside in Oklahoma, the State in which the transferor resided.

8. It was also a part of the conspiracy that defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"**, who was other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector, would transport into and receive in West Virginia, the State where he resides, any firearm otherwise obtained by him outside that State, that is, a Rohm revolver, unknown model, .22 caliber, serial number 434316.

9. It was also a part of the conspiracy that defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** would otherwise dispose of any firearm, that is, a Rohm revolver, unknown model, .22 caliber, serial number 434316, to defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** knowing and having reasonable cause to believe that defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

10. It was also a part of the conspiracy that defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"**, who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, would knowingly ship and transport in interstate commerce from the State of Oklahoma to the State of West Virginia, and would knowingly possess in and affecting commerce, any firearm, that is, a Rohm revolver, unknown model, .22 caliber, serial number 434316.

11. It was also a part of the conspiracy that defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"**, who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, would knowingly receive any firearm which has been shipped and transported in interstate commerce, that is, a Rohm revolver, unknown model, .22 caliber, serial number 434316.

## Overt Acts

In furtherance of the conspiracy and to achieve the objects thereof, defendants **CRAIG ROBIN ROBERTS a/k/a "Crow"** and **RICHARD EUGENE MCWHIRT a/k/a "Spidey"**, and other persons known and unknown to the Grand Jury, committed and caused to be committed the following overt acts in the Northern District of West Virginia and elsewhere:

12. On or about December 9, 2008,

    (a) Defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** used telephone number (304) 629-4116 to call defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** at telephone number (405) 885-6614; and

    (b) Defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** used telephone number (405) 885-6614 to call defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** at telephone number (304) 629-4116; and

    (c) Defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** offered to provide a firearm to defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"**; and

    (d) Defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** provided defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** his mailing address of 111 Virginia Avenue, Clarksburg, WV 26301, as well as the name of the prior occupant of that residence; and

13. On or about December 11, 2008,

    (a) Defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** caused a mailing to defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"**, via the United States Postal Service, of a package containing a firearm, that is, a Rohm revolver, unknown model, .22 caliber, serial number 434316, which package utilized a fictitious return address

of "Secret Santa, 849 N. Gary PL, Tulsa, OK 74110" and was addressed to be delivered to the prior occupant of the residence of defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** at "111 Virginia Avenue, Clarksberg [*sic*], WV 26301"; and

(b)  Defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** used telephone number (405) 885-6614 to call defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** at telephone number (304) 629-4116; and

14. On or about December 16, 2008, defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** used telephone number (405) 885-6614 to call defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** at telephone number (304) 629-4116; and

15. On or about December 17, 2008, defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** used telephone number (304) 629-4116 to call defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** at telephone number (405) 885-6614; and

16. On or about December 18, 2008, defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** used telephone number (405) 885-6614 to call defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** at telephone number (304) 629-4116 on two occasions; and

17. On or about December 19, 2008, defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** used telephone number (304) 629-4116 to call defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** at telephone number (405) 885-6614; and

18. On or about December 24, 2008, defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** used telephone number (405) 885-6614 to call defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** at telephone number (304) 629-4116; and

19.   other overt acts;

all in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**(Depositing For Mailing And Delivery, And Causing To Be Delivered By Mail Any Firearm Declared Nonmailable – Aiding and Abetting)**

On or about December 11, 2008, in the Northern District of West Virginia, and elsewhere, defendants **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** and **CRAIG ROBIN ROBERTS a/k/a "Crow"**, aided and abetted by each other and by persons known and unknown to the Grand Jury, did knowingly deposit for mailing and delivery, and did knowingly cause to be delivered by mail according to the directions thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, any revolver and firearm declared nonmailable by section 1715 of chapter 83 of Title 18 of the United States Code, that is, a Rohm revolver, unknown model, .22 caliber, serial number 434316; and defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** did willfully cause such acts to be done; in violation of Title 18, United States Code, Sections 1715 and 2.

## COUNT THREE

### (Failing To Notify A Common Carrier Of A Firearm Shipped And Carried – Aiding and Abetting)

On or about December 11, 2008, in the Northern District of West Virginia, and elsewhere, defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"**, aided and abetted by persons known and unknown to the Grand Jury, did knowingly and willfully deliver and cause to be delivered to any common and contract carrier, that is, the United States Postal Service, for transportation and shipment in interstate commerce, from the State of Oklahoma to the State of West Virginia, to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector, any package and other container in which there is a firearm, that is, a Rohm revolver, unknown model, .22 caliber, serial number 434316, without written notice to the carrier that such firearm is being transported and shipped; and defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** did willfully cause such acts to be done; in violation of Title 18, United States Code, Sections 922(e), 924(a)(1)(D) and 2.

# COUNT FOUR

**(Transferring, Selling, Trading, Giving, Transporting And Delivering Any Firearm To Non-Resident – Aiding and Abetting)**

On or about December 11, 2008, in the Northern District of West Virginia, and elsewhere, defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"**, aided and abetted by defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** and by persons known and unknown to the Grand Jury, did knowingly and willfully transfer, sell, trade, give, transport, and deliver a firearm, that is, a Rohm revolver, unknown model, .22 caliber, serial number 434316, to defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"**, a person who defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"**, knew and had reasonable cause to believe did not reside in Oklahoma, the State in which defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** resided; and defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** did willfully cause such acts to be done; in violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D) and 2.

## COUNT FIVE

**(Selling And Disposing Of A Firearm To A Prohibited Person – Aiding And Abetting)**

On or about December 11, 2008, in the Northern District of West Virginia, and elsewhere, defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"**, aided and abetted by defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** and by persons known and unknown to the Grand Jury, did knowingly and willfully sell and otherwise dispose of a firearm, that is, a Rohm revolver, unknown model, .22 caliber, serial number 434316, to defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"**, knowing and having reasonable cause to believe that defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; and defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** did willfully cause such acts to be done; in violation of Title 18, United States Code, Sections 922(d)(1), 924(a)(1)(D) and 2.

## COUNT SIX

### (Interstate Transport And Receipt Of A Firearm – Aiding And Abetting)

Between on or about December 11, 2008 and on or about December 13, 2008, at or near Clarksburg, Harrison County, West Virginia, in the Northern District of West Virginia, and elsewhere, defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"**, aided and abetted by defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** and by persons known and unknown to the Grand Jury, did knowingly and willfully transport into and receive in the State where he resides, that is, the State of West Virginia, a firearm purchased and otherwise obtained by such person outside that State, that is, a Rohm revolver, unknown model, .22 caliber, serial number 434316; and defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** did willfully cause such acts to be done; in violation of Title 18, United States Code, Section 922(a)(3), 924(a)(1)(D) and 2.

## COUNT SEVEN

### (Felon in Possession of Firearm – Aiding and Abetting)

In or about December 2008, at or near Clarksburg, Harrison County, West Virginia, within the Northern District of West Virginia, and elsewhere, defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"**, aided and abetted by defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** and by persons known and unknown to the Grand Jury, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year; that is to say, on or about July 19, 2000, defendant **CRAIG ROBIN ROBERTS a/k/a "Crow"** was convicted in the United States District Court for the Northern District of West Virginia, in case number 3:00CR3, of Felon in Possession of a Firearm, did knowingly possess, in and affecting commerce, a firearm, to wit: a Rohm revolver, unknown model, .22 caliber, serial number 434316; and defendant **RICHARD EUGENE MCWHIRT a/k/a "Spidey"** did willfully cause such act to be done; in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
Sharon L. Potter
United States Attorney